IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES MICHAEL CLINTON                                          PLAINTIFF


v.                        Civil No. 10-5108


WASHINGTON COUNTY
PUBLIC DEFENDER'S OFFICE, ET AL.                              DEFENDANTS

                          O R D E R

        Now on this 9th day of August, 2010, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #5), and Plaintiff's objections thereto (document #9). The Court, having carefully reviewed said Report and Recommendation, as well as Plaintiffs' objections thereto, finds and orders as follows:

        The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: Plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, **adopted *in toto***.

        **IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto***.

        **IT IS FURTHER ORDERED** that Plaintiff's objections are overruled.

        **IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Court finds that

Plaintiff's claims against Gregg Parrish, Ricky Hogg, Clyde Honnicut, John Doe Detainer and transport Officers, the Washington County Public Defender's Office and the Arkansas Department of Community Correction are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the District Court Clerk is hereby directed to add Major Randall Denzer and Corporal Sanders of the Washington County Sheriff's Office as Defendants to this matter.

**IT IS FURTHER ORDERED** that the United States Marshall shall serve the defendants, Major Randall Denzer and Corporal Sanders, at the Washington County Sheriff's Office.  Defendants are to be served without prepayment of fees and costs or security therefor. The Defendants are ordered to answer within twenty-one (21) days from the date of service.

**IT IS SO ORDERED.**


**/s/Jimm Larry Hendren**
**HON. JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**