```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**JAMES MICHAEL CLINTON**                                           **PLAINTIFF**

    **v.**                    **Civil No. 10-5108**

**MAJOR RANDALL DENZER**
**and  CPL. SANDERS**                                               **DEFENDANTS**

### O R D E R

Now on this 15th day of March, 2011, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 20) to which no objections have been filed.  The Court, being well and sufficiently advised, has reviewed the Report and Recommendation and finds that it is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 20) is hereby **adopted *in toto;*** and

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge' Report and Recommendation, plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** for failure to prosecute and failure to follow court orders.

**IT IS SO ORDERED.**

                                                            **/s/JIMM LARRY HENDREN**
                                                            **JIMM LARRY HENDREN**
                                                            **UNITED STATES DISTRICT JUDGE**